**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 4, 2024

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **United States v. Mark Lee**
             **24-Cr-00285 (NSR)**

Dear Honorable Román:

    I represent Mark Lee in the above referenced case. On August 7, 2024, I wrote Your Honor and asked that the Court schedule a hearing for Mr. Lee to ask for a new attorney. The Court then scheduled a hearing for September 5, 2024. Mr. Lee has since changed his mind and no longer wants to seek new counsel. Additionally, he is in the process of reviewing a plea offer that was recently extended by the Government. Under these circumstances, I ask that Your Honor please cancel the change of counsel hearing that is scheduled for September 5, 2024 and adjourn the case for a conference and potential plea. In my communications with chambers, I understand that the Court has availability on October 7, 2024 at 11:00am. That time works for both me and the Government. I consent to the exclusion of time.

Respectfully submitted,

/s/

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Reyhan Watson

**Having been notified that Deft. no longer seeks appointment of new counsel, the Sept. 5, 2024 Attorney Appointment Hearing is cancelled and the conf. is adjourned to Oct. 7, 2024 at 11:00 am for a Change of Plea Hearing without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 14.**
**Dated: White Plains, NY**
      **Sept. 4, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/04/2024