UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA

            -against-

MARK LEE,

                              Defendant.

-----------------------------------------------------------x

**ORDER**

24 Cr. 285 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Federal Defenders Office attorney assigned to this case ___Benjamin Gold___ is hereby ordered
                                                                 Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney___Margaret M. Shalley___effective September 26, 2024.
                   Attorney's Name

SO ORDERED.

Dated: White Plains, New York
             September 26, 2024

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2024