MEMO ENDORSED

# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 21, 2025

**Deft's request to adjourn the Feb. 5, 2025 Sentencing is GRANTED without objection by the Gov't. The Sentencing is adjourned to May 7, 2025 at 11:00 am. Clerk of Court is requested to terminate the motion at ECF No. 22.**
**Dated: White Plains, NY**
**January 22, 2025**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Mark Lee*,
       **24 CR 285 (NSR)**

Dear Judge Roman:

I was assigned to represent Mark Lee, the defendant in the above-referenced matter. Sentencing is currently scheduled February 5, 2025. The purpose of this letter is to respectfully request a 90-day adjournment of the sentencing. The PSR has not yet been disclosed. The presentence interview occurred on Friday, January 17, 2025, and counsel believes it will be some time before the Probation Department discloses the initial report. An adjournment of 90-days will provide sufficient time for the PSR to be disseminated, for counsel to review it with the defendant, and to prepare sentencing submissions. This is counsel's first request for an adjournment of the sentencing and the Government has no objection to this request. Accordingly, it is respectfully requested that the Court adjourn the sentence for 90 days, to the week of May 5, 2025, or a date that is convenient to the Court.

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/  s  /

Margaret M. Shalley

cc:    AUSA Reyhan Watson
       (*via ECF*)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

1